744

E. W. Bliss Company. Appellant, *v.* Jadosh.

Argued September 14, 1971. *Thomas E. Byrne, Jr.,* with him *John C. Detweiler* and *James P. Harris, Jr., Krusen, Evans and Byrne,* and *James, Harris, Silverblatt & Townend,* for appellant; *Jerry B. Chariton,* with him *Sol Lubin,* and *Winkler, Danoff, Lubin and Toole,* for appellee.
Order affirmed.

Klondar, Appellant, *v.* Albert Einstein Medical Center.

Argued September 14, 1971. *J. Raymond Munholland,* for appellant; *Arthur Packel,* with him *Nathan L. Posner,* and *Fox, Rothschild, O'Brien & Frankel,* for appellee.
Judgment affirmed.

Petrini *v.* Roberts et ux., Appellants.

Argued September 14, 1971. *Peter J. Webby,* for appellants; *Arthur D. Dalessandro,* for appellee.
Order affirmed.